IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM CONSIGLIO,<br><br>    Plaintiff,<br><br>vs.<br><br>CHARLES LEE, M.D.,<br><br>    Defendants. | No. C 06-5939 TEH (PR)<br><br>ORDER OF DISMISSAL PURSUANT TO 28 U.S.C. § 1915(g) |

    Plaintiff, a state prisoner currently incarcerated at Salinas Valley State Prison and a frequent litigant in the federal courts, has filed a pro se complaint under 42 U.S.C. § 1983 against Defendant Lee, who he contends lied in a former lawsuit regarding the basis for Plaintiff's transfer to Salinas Valley and has conspired to deny him medical care. On April 10, 2007, the Court ordered Plaintiff to show cause why the complaint should not be dismissed based on 28 U.S.C. § 1915(g). In the order, the Court identified the prior cases that constitute applicable prior convictions, provided Plaintiff with an opportunity to respond and informed Plaintiff that he could avoid dismissal by paying the full $350.00 filing fee by the deadline. The Court further informed Plaintiff that if he contends that he is in imminent danger as a result of the allegations in the complaint, he should identify the basis for his assertion of danger.

    Plaintiff has not filed a response to the Court's order. As such, the case is

1  DISMISSED without prejudice to Plaintiff bringing his claims in a paid
2  complaint. The Clerk shall enter judgment and close the file.
3
4  SO ORDERED.
5  DATED: 10/31/07                                     /s/ Thelton E. Henderson
                                                       THELTON E. HENDERSON
6                                                      United States District Judge

2